THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT W. ELLSWORTH, Appellant.

Submitted August 24, 2009; decided September 15, 2009

Reported below, 59 AD3d 989.

Motion for assignment of counsel granted and R. Thomas Rankin, Esq., care of Goodell & Rankin, 617 Washington Street, Jamestown, New York 14701 assigned as counsel to the appellant on the appeal herein.